NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE EMC CORPORATION, DECHO CORPORATION, AND IOMEGA CORPORATION, *Petitioners.*

---

Miscellaneous Docket No. 100

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-435, Judge Michael H. Schneider.

---

## ON PETITION

---

## ORDER

EMC Corporation, Decho Corporation, and Iomega Corporation (collectively "EMC") submit a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to withdraw its July 25, 2011 order denying EMC's motions to dismiss for misjoinder, or in the alternative, to sever and transfer the claims against them.

Upon consideration thereof,

IT IS ORDERED THAT:

Oasis Research, LLC is directed to respond no later than September 22, 2011. Any other respondent may also respond within that time.

FOR THE COURT

SEP 0 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Chris R. Ottenweller, Esq.
John M. Desmarais, Esq.
Phillip B. Philbin, Esq.
Bijal V. Vakil, Esq.
Matthew Lowrie, Esq.
Ketan S. Vakil, Esq.
Brian W. LaCorte, Esq.
Thomas Gerald Jacks, Esq.
Greg H. Parker, Esq.
Clerk, United States District Court For The Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 9 2011

JAN HORBALY
CLERK